# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES SILVA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MERCK & COMPANY, INC., et al.,<br><br>                    Defendants. | Case No: 07-CV-1193 W (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY CASE** |

On July 31, 2007, the parties filed a joint motion to stay proceedings pending the Judicial Panel on Multidistrict Litigation's ("JPMDL") decision on whether to transfer this case to the United States District Court for the Eastern District of Louisiana, which is handling the Multidistrict Litigation case, In re Vioxx Products Liability Litigation, MDL No. 1657. Good cause appearing, the Court **GRANTS** the motion. This case is **STAYED** pending a final determination from the JPMDL on the transfer issue. Merck shall immediately notify the Court when this issue has been resolved.

**IT IS SO ORDERED.**

DATED: August 14, 2007

_____
Hon. Thomas J. Whelan
United States District Judge